App. Div.]　　　　　First Department, February, 1924.

LENA BECKMAN, Appellant, v. HARRY WERSTEIN, Respondent.— Order reversed, with costs and disbursements, and judgment ordered upon the verdict, with costs, upon the ground that a question of fact was presented. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Dowling and McAvoy, JJ., dissent.

EDWIN F. BOWERS, Appellant, v. R. LINCOLN GRAHAM, Respondent, Impleaded with Another, Defendant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES H. POSTLETHWAITE, Respondent, v. SPENCER & COMPANY, Appellant, Impleaded with Another.— Judgment modified by reducing amount thereof to the sum of $4,317.05, and as so modified affirmed, with costs to respondent. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES H. POSTLETHWAITE, Respondent, v. SPENCER & COMPANY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ABRAM C. WISNER and Another, Respondents, v. LEE DE FOREST and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J. Dowling, Finch, McAvoy and Martin, JJ.

JACQUES KIRSCH, Respondent, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

M. WILLIAM BERMAN v. MORRIS M. GLASER and Others.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

KEVORKIAN, INC., v. JAMES KLABER.— Motion to dismiss appeal granted unless appellant's points be filed on or before March 10, 1924. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

VIVIEN E. REILLY v. EDWARD J. REILLY.— Motion for stay pending appeal granted on condition that the appeal be argued or submitted on the 7th day of March, 1924. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE B. ROGERS v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York.— Motion granted and bail fixed at $1,000. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MATILDA MARCHELOS v. CARL F. FRANKEN.— Motion for stay pending appeal granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

TIMES SQUARE AUTO SUPPLY COMPANY, INC., Respondent, v. THE CORCORAN MANUFACTURING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

THOMAS M. PARK, Respondent, v. RICHARD V. DEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

TEXAS GUINAN JOHNSON, Appellant, v. NICHOLAS KESSEL, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

GENERAL QUILTING COMPANY, INC., Respondent, v. ROMAN BREAD COMPANY,